No. 80–334. SILVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–335. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–339. SECURITY MANAGEMENT CO., INC., ET AL. *v.* ROTHENBERG ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–344. QUINAULT PACIFIC CORP. ET AL. *v.* AETNA BUSINESS CREDIT, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–345. QUINAULT PACIFIC CORP. ET AL. *v.* AETNA BUSINESS CREDIT, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–349. NATIONAL CHAMBER ALLIANCE FOR POLITICS ET AL. *v.* FEDERAL ELECTION COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–350. SEA-LAND SERVICE, INC., ET AL. *v.* MILOS. C. A. 2d Cir. Certiorari denied.

No. 80–353. SANTORA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–355. REYNOLDS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–357. McMAHON ET AL. *v.* CITY OF VIRGINIA BEACH. Sup. Ct. Va. Certiorari denied.

No. 80–360. MIDESSA TELEVISION CO., INC., ET AL. *v.* MIDLAND TELECASTING CO. C. A. 5th Cir. Certiorari denied.